

FILED

MAR 1 1 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

v.

)
)
)
)
)
)

NO. _1:26-CV-67_
(To be assigned by the Clerk's Office.
Do not write in this blank.)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
**WITH SUPPORTING DOCUMENTATION**

I, _Victoria A. Ford_ , declare that I am the:

[√] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First Victoria Middle A.    Last) Ford                    YEAR OF BIRTH 1992

6207

SOCIAL SECURITY NUMBER (last 4 digits only)                    PHONE NOS.

4606 Kemp Drive Chattanooga TN 37411

HOME ADDRESS:

Family home                              3 yrs.

OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

Divorced

MARITAL STATUS:

Vibrant Women Wellness Counseling

NAME AND ADDRESS OF CURRENT EMPLOYER:

423-394-3733

TELEPHONE NUMBER OF EMPLOYER:

1 yr

HOW LONG AT CURRENT EMPLOYMENT?

Therapist

OCCUPATION (Describe what you do):

$2,300

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY
AND WAGES PER MONTH.

GROSS:                              NET:
$2,300                                    $2,100

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST
EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

Case 1:26-cv-00067-CLC-CHS    Document 1    Filed 03/11/26    Page 2 of 10    PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?   [ ] Yes        [√] No

If YES, state the source and amount:

Rent payments, interest, or dividends?                     [ ] Yes        [√] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?           [ ] Yes        [√] No

If YES, state the source and amount:

Gifts or inheritance?                                      [ ] Yes        [√] No

If YES, state the source and amount:

Any other source?                                         [ ] Yes        [√] No

If YES, state the source and amount:

Case 1:26-cv-00067-CLC-CHS    Document 1    Filed 03/11/26    Page 3 of 10    PageID #: 3

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

| | |
|---|---|
| CASH | $ 500.00 |
| CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** Regions bank. | $ $300.00 |
| SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** Regions bank | $ $200.00 |
| STOCKS AND BONDS | $ $0.00 |

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

N/A $ 0.00

$ 0.00

$ 0.00

**TOTAL REAL ESTATE**      $ 0.00

Case 1:26-cv-00067-CLC-CHS    Document 1    Filed 03/11/26    Page 4 of 10    PageID #: 4

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_____    $_____—_____

_____    $_____—_____

_____    $_____—_____

           **TOTAL PERSONAL PROPERTY**    $_____

MOTOR VEHICLES

Year/Make      License No.            Current Value

_2026 / Honda CRV A5203_    $ _30,000 ave._

_____    $_____

_____    $_____

           **TOTAL VALUE OF MOTOR VEHICLES**    $_____

DEBTS OWED TO YOU (Give Name of Debtor)

_Student loans_    $ _$180,000_

_____    $_____

_____    $_____

           **TOTAL DEBTS OWED TO YOU**    $_____

OTHER ASSETS (ITEMIZE)

_____    $_____—_____

_____    $_____

_____    $_____—_____

           **TOTAL OTHER ASSETS**    $_____

     **TOTAL OFF ALL ASSETS:** $_____

Case 1:26-cv-00067-CLC-CHS    Document 1    Filed 03/11/26    Page 5 of 10    PageID #: 5

## LIABILITIES
### (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

_____     $ _____

_____     $ _____

_____     $ _____

**TOTAL LOANS PAYABLE TO BANKS**     $ _____

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 30,000 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ — |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ — |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ — |

OTHER LIABILITIES (Itemize)

_____     $ _____

_____     $ _____

_____     $ _____

**TOTAL LIABILITIES     $ _____**

Case 1:26-cv-00067-CLC-CHS     Document 1     Filed 03/11/26     Page 6 of 10     PageID #: 6

# LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ | $ |
| ELECTRICITY | $ $200.00 | $ |
| WATER | $ $50.00 | $ |
| GAS | $ | $ |
| TELEPHONE | $ $250.00 | $ |
| FOOD | $ $300.00 | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ 574.00 | $ |
| AUTOMOBILE INSURANCE | $ 230.00 | $ |
| AUTOMOBILE REPAIRS | $ | $ |
| GASOLINE | $ 60.00 | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ | $ |
| DRUGS | $ | $ |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |

**TOTAL EXPENSES**  $ 1,400

Case 1:26-cv-00067-CLC-CHS    Document 1    Filed 03/11/26    Page 7 of 10    PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)                       YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)            PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

        Salary or Wages           $_____

        Commissions             $_____

        All other sources (Pensions; Soc.Sec.;
        Rent; Interest; Dividends; Alimony, etc.)    $_____

                 **TOTAL:**        $_____

Case 1:26-cv-00067-CLC-CHS   Document 1   Filed 03/11/26   Page 8 of 10   PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

| Names: | Age: | Relationship: | Living With Whom? |
|---|---|---|---|
| C.C | 2 yrs | Son | Mom |
| E.F | 13 yrs. | Daughter | Mom |
| | | | |
| | | | |
| | | | |

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)    $_____

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS    $_____

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

3/11/26
**DATE**

**SIGNATURE**

Created:  January 31, 2007
IPF Application.wpd

Case 1:26-cv-00067-CLC-CHS   Document 1   Filed 03/11/26   Page 10 of 10   PageID #: 10